UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE ANDREWS,<br><br>    Plaintiff,<br><br>    v.<br><br>KELLY VANG LY,<br><br>    Defendant. | Case No. 1:24-cv-00602-KES-EPG (PC)<br><br>**ORDER AMENDING CAPTION** |

For the reasons stated below, the Court directs the Clerk of Court to amend the caption of this case.

Plaintiff Donna Lee Andrews is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. In her complaint, Plaintiff named as defendant "Nurse Lee," alleging that Plaintiff's leg was injured after Nurse Lee failed to provide her with a proper wheelchair. (*See generally* ECF No. 12). Following screening, the Court found Plaintiff's claim cognizable (ECF No. 13 at 1) and ordered service of the complaint under the Court's E-Service pilot program for civil rights cases by providing copies of relevant documents electronically to the California Department of Corrections and Rehabilitation (CDCR) and the California Attorney General's Office (ECF No. 14).

In response, the CDCR timely filed with the Court the "CDCR Notice of Intent to Not Waive Service." (ECF No. 16). In the Notice, CDCR has identified the defendant as "Kelly Vang Ly" but indicated that "Defendant does not authorize CDCR to accept service." (*Id.*)

Accordingly, the Clerk of Court is directed to amend the caption to reflect the correct spelling of Defendant's name.[1]

Based on the foregoing, **IT IS ORDERED** that:

1. The Clerk of Court is directed to amend the caption and update the docket in this case to correct the spelling of defendant's name as follows:

| **Name of the defendant as alleged in the Complaint** | **Correct/Full name** |
|---|---|
| Lee | Kelly Vang Ly |

2. The Clerk of Court and the parties in this case are directed to change the caption of this case to read as follows and all future filings shall refer to this case as *Andrews v. Ly*:

| | |
|---|---|
| DONNA LEE ANDREWS, | Case No. 1:24-cv-00602-KES-EPG (PC) |
| Plaintiff, | |
| v. | |
| KELLY VANG LY, | |
| Defendant | |

IT IS SO ORDERED.

Dated: **March 25, 2025**           /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

---

[1] The Court will issue an order authorizing discovery to locate Defendant Ly in a separate order.