UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNA LEE ANDREWS,<br><br>        Plaintiff,<br><br>    v.<br><br>KELLY VANG LY,<br><br>        Defendant. | Case No. 1:24-cv-00602-KES-EPG (PC)<br><br>ORDER DIRECTING SERVICE OF SUBPOENA BY THE UNITED STATES MARSHALS SERVICE WITHOUT PREPAYMENT OF COSTS<br><br>ORDER DIRECTING CLERK TO ATTACH COPY OF SUBPOENA TO THIS ORDER |

    The Court previously allowed Plaintiff to issue a subpoena so that Plaintiff could seek document(s) "that may assist her in identifying current address and other relevant contact information for Defendant Ly." (ECF No. 18 at 2). Plaintiff has now completed and returned the subpoena and USM-285 form.

    As the response date listed by Plaintiff in the subpoena (April 28, 2025) is approximately ten days away, but the subpoena has not yet been served, the Court will extend the response date. The Court will give the Litigation Coordinator at Central California Women's Facility twenty-one days from the date of service of the subpoena to respond to the subpoena. Any response and/or responsive documents shall be produced to Plaintiff at her current address: Donna Lee Andrews, X-19027, Central California Women's Facility, P.O. Box 1501, Chowchilla, CA 93610-1501.

    Accordingly, it is ORDERED that:

1. The Litigation Coordinator at Central California Women's Facility has TWENTY-ONE DAYS from the date of service of the subpoena to respond to the subpoena.
2. Any response and/or responsive documents shall be produced to Plaintiff at her current address: Donna Lee Andrews, X-19027, Central California Women's Facility, P.O. Box 1501, Chowchilla, CA 93610-1501.
3. The Clerk of Court shall forward the following documents to the United States Marshals Service:
    a. One (1) completed and issued subpoena *duces tecum*;
    b. One (1) completed USM-285 form; and
    c. Two (2) copies of this order, one to accompany the subpoena and one for the United States Marshals Service.
4. The Clerk of Court is directed to attach a copy of the completed subpoena *duces tecum* to this order.
5. Within TWENTY DAYS from the date of this order, the United States Marshals Service SHALL effect personal service of the subpoena, along with a copy of this order, upon the Litigation Coordinator at Central California Women's Facility pursuant to Rule 45 of the Federal Rules of Civil Procedure and 28 U.S.C. § 566(c).
6. The United States Marshals Service is DIRECTED to retain a copy of the subpoena in its file for future use.
7. Within TEN DAYS after personal service is effected, the United States Marshals Service SHALL file the return of service.

IT IS SO ORDERED.

Dated: **April 18, 2025**  /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

2